AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of South Carolina

| | |
|---|---|
| Robbie Collins | ) |
| *Petitioner* | ) |
| v. | ) |
| Donnie Stonebreaker | ) |
| *Respondent* | ) |

Civil Action No.    2:21-cv-00991-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■  other: Petitioner, Robbie Collins, shall take nothing of Respondent, Donnie Stonebreaker, as to the petition filed pursuant to 28 U.S.C. § 2241 and the petition is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date:    October 25, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/ D. Gardner
_____
*Signature of Clerk or Deputy Clerk*